FRANK J. HERMES, for Himself and for the Benefit of Other Intrastate Commuters, etc., Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Order restraining defendant from putting into effect schedule of rates for commutation tickets, etc., affirmed, without costs. No opinion. Kelly, P. J., Rich, Manning and Kapper, JJ., concur; Kapper, J., being also of opinion that the appeal should be dismissed; Young, J., not voting.

In the Matter of the Judicial Settlement of the Account of MARY E. HOPKINS, as Administratrix of THOMAS G. HOPKINS, Deceased.— Order of the Surrogate's Court of Kings county allowing respondent to file amended answer, and directing issuance of supplementary citation, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox and Young, JJ., concur; Kapper, J., absent and not voting.

KINGS COUNTY TRUST COMPANY, as Executor, etc., of HENRY HYAMS, Deceased, Respondent, v. SOPHIE HYAMS, Appellant.— Judgment affirmed, with costs. No opinion. Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., absent and not voting.

FRANCES E. KRANZER, Respondent, v. PROVIDENCE-WASHINGTON INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. We think that the warranty as to the lights while at anchor, for the purpose of warning approaching vessels, does not apply to the situation here disclosed. Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., absent and not voting.

MARTIN LILKENDEY, Respondent, v. YELLOW TAXI CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

FREDERICK A. LOCKE, Respondent, v. MARKEL, TUCKER, COOK COMPANY, INC., Appellant.— Order granting plaintiff's motion for judgment for relief demanded in the complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox and Young, JJ., concur; Kapper, J., absent and not voting.

CRESWELL MACLAUGHLIN, Appellant, v. ERNEST G. STILLMAN, Respondent — Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., absent and not voting.

CORNELIUS L. McCARTHY, Appellant, v. ANASTASIA McCARTHY, Respondent.— Judgment modified by striking out the provision for alimony, with leave to defendant to renew in case she loses her present position, or in case of change in the financial status of the plaintiff; and as so modified affirmed, without costs. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.